# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et. al.<br>   Plaintiff,<br>v.<br>THERESA MEDINA AND ANTHONY MEDINA, individually and d/b/a<br>J & M MECHANICAL<br>            Defendant | FILED: MAY 28, 2008<br>08CV3086    PH<br>JUDGE NORGLE<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| DONALD D. SCHWARTZ |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>s/ Donald D. Schwartz |  |
| FIRM<br><br>ARNOLD AND KADJAN |  |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>03124459 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>   RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ ||